United States Courts
Southern District of Texas
FILED

*January 07, 2026*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO.: H-26- |
| | § | |
| | § | 4:26-cr-008 |
| JAMES EDDIE MCDOW, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:                6

### INTRODUCTION

At all times material to this Indictment, the Union Food Store is a business which conducts retail purchases and sales of consumer goods which are shipped in interstate or foreign commerce, and which affect interstate commerce.

### COUNT ONE

Title 18, United States Code, § 1951(a) - Interference with Commerce by Robbery

On or about August 21, 2025, in the Houston Division of the Southern District of Texas,

JAMES EDDIE MCDOW

defendant herein, did unlawfully obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of the Union Food Store, located at 6205 Nordling Rd., Houston, TX, which was in the possession and custody of an employee of Union Food Store, namely, United States Currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, § 1951(a).

## COUNT TWO

## Title 18, United States Code, § 924(c)(1)(A) (ii) - Brandishing of a Firearm During and in Relation to a Crime of Violence

On or about August 21, 2025, in the Houston Division of the Southern District of Texas,

### JAMES EDDIE MCDOW

defendant herein, did knowingly brandish a firearm, namely, a handgun, during and in relationship to a crime of violence for which he may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery as charged in Count One.

In violation of Title 18, United States Code, § 924(c)(1)(A)(ii).

A TRUE BILL:

Original Signature on File

_____
FOREMAN OF THE GRAND JURY

NICHOLAS J. GANJEI
United States Attorney

BY: *Benjamin J. Smith*
_____
Benjamin Smith
Special Assistant United States Attorney